B3B (Official Form 3B) (11/11)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ann Marie Sexton**  
Debtor(s)

Case No.  _12-82153_  
Chapter  _7_

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$_76.50_ on or before _6-22-2012_

$_76.50_ on or before _7-22-2012_

$_76.50_ on or before _8-22-2012_

$_76.50_ on or before _9-21-2012_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___ .m. at ___. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: JUN 4 2012

BY THE COURT:

United States Bankruptcy Judge

CERTIFICATE OF SERVICE

RE: Ann Marie Sexton, 12-82153

      I certify that on June 4, 2012, I caused a copy of the attached **Order On Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

Ann Marie Sexton **
304 E. Thompson Street
Harvard, IL 60033

John J Carrozza
Jones & Hart
666 Russel Ct.
Ste 214
Woodstock, IL 60098

Joseph D Olsen
Yalden Olsen & Willette
1318 E State Street
Rockford, IL 61104

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

                                               _/s/ Mimi Kuczynski_
                                             **Mimi Kuczynski, Courtroom Deputy**